IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Randy Young,

        Plaintiff,

vs.                                        Civil Action 2:11-cv-814
                                              Judge Frost
                                              Magistrate Judge King

Westpointe Plaza, LP,

        Defendant.

## ORDER

This case has been reported settled.

**A status conference will be held on March 9, 2012, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

If the case remains pending on that date, but no party appears for the conference, the Court will assume that the case is subject to dismissal and will order the case dismissed with prejudice.

 February 9, 2012                                     *s/Norah McCann King*
                                                             Norah McCann King
                                                 United States Magistrate Judge